IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV504-C

IN RE:

J.A. JONES, INC., et al,               )
                                       )
        Debtors.                  )
_____)
                                       )
CARROLL SERVICES, LLC,                 )
as Liquidation Trustee, and            )
DEUTSCHE BANK AG, NEW YORK             )      O R D E R
BRANCH, for itself and as agent,       )
                                       )
        Plaintiffs,               )
                                       )
        v.                        )
                                       )
ABSHER CONSTRUCTION COMPANY            )
and ABSHER COURTHOUSE, LLC,            )
                                       )
        Defendants.               )
_____

**THIS MATTER** is before the Court on "Application Of Julie J. Moose For Limited Appearance Pro Hac Vice" (document #7) filed January 24, 2006. For the reasons set forth herein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: January 25, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge