# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05CV504-C

IN RE:

J.A. JONES, INC., et al,   )
                           )
      Debtors.             )
_____)
                           )
CARROLL SERVICES, LLC,     )
as Liquidation Trustee, and )
DEUTSCHE BANK AG, NEW YORK )      **O R D E R**
BRANCH, for itself and as agent, )
                           )
      Plaintiffs,          )
                           )
      v.                   )
                           )
ABSHER CONSTRUCTION COMPANY )
and ABSHER COURTHOUSE, LLC, )
                           )
      Defendants.          )
_____)

**THIS MATTER** is before the Court on "Application Of John S. Wilkerson, III For Limited Appearance Pro Hac Vice" (document #7) filed January 24, 2006. For the reasons set forth herein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: January 25, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge