

FILED & JUDGMENT ENTERED
David E. Weich

Jun 27 2007

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 03-33532 |
| J.A. JONES, INC., et al, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |
| | ) | |
| CARROLL SERVICES, LLC, | ) | |
| as Liquidation Trustee, and | ) | |
| DEUTSCHE BANK AG, NEW YORK | ) | |
| BRANCH, for itself and as agent, | ) | Adversary Proceeding No. 05-03234 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ABSHER CONSTRUCTION COMPANY | ) | |
| and ABSHER COURTHOUSE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**

It appearing to the satisfaction of the Court that plaintiffs Carroll Services, LLC, the Liquidation Trustee in these chapter 11 cases, and Deutsche Bank AG, New York Branch, as agent for itself, Bayerische Landesbank Girozentrale, New York Branch, and DZ Bank AG, and defendants Absher Construction Company and Absher Courthouse,

LLC, through undersigned counsel, have reached an agreement for settlement of their respective claims against each other in this action.

Upon consent of all parties and their counsel of record, and pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the above captioned action is hereby DISMISSED WITH PREJUDICE, with each party agreeing to bear its own costs and expenses, including attorneys' fees.

IT IS THEREFORE ORDERED that this case is dismissed with prejudice.

AND IT IS SO ORDERED.

This Order has been signed by the United
States Bankruptcy Court electronically.
The judge's signature and court's seal appear
at the top of the Order.

United States Bankruptcy Judge

WE CONSENT:

_/s/ Nikole B. Mariencheck_

Nikole B. Mariencheck
North Carolina State Bar No. 24158
SMITH, ANDERSON, BLOUNT,
DORSETT, MITCHELL & JERNIGAN,
L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800

Local Counsel for Defendants Absher
Construction Company and Absher
Courthouse, LLC

John S. Wilkerson, III
Julie J. Moose
TURNER, PADGET, GRAHAM &
LANEY, P.A.
Post Office Box 5478
Florence, SC 29502
Telephone: (843) 662-9008
Facsimile: (843) 577-1649

Attorneys for Absher Construction Company
and Absher Courthouse, LLC

Deborah L. Fletcher
North Carolina State Bar No. 20254
KILPATRICK STOCKTON LLP
214 North Tryon Street, Suite 2500
Charlotte, NC 28202-2381
Telephone: (704) 338-5243
Facsimile: (704) 371-6408

Attorney for Carroll Services, LLC, as
Liquidation Trustee, and Deutsche Bank AG,
New York Branch, as Agent for the Bank
Group

-and-

Gregg M. Galardi (Delaware Bar No. 2991)
Matthew P. Ward (Delaware Bar No. 4471)
SKADDEN, ARPS, SLATE, MEACHER &
FLOM LLP
One Rodney Square
Wilmington, DE 19899
Telephone: (302) 651-3000
Facsimile: (302) 651-3001

Attorneys for Deutsche Bank AG, New York
Branch, as Agent for the Bank Group

3

IT IS THEREFORE ORDERED that this case is dismissed with prejudice.

AND IT IS SO ORDERED.

This Order has been signed by the United States Bankruptcy Court electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Judge

WE CONSENT:

*[signature: Deborah]*

_____
Nikole B. Mariencheck
North Carolina State Bar No. 24158
SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800

Local Counsel for Defendants Absher Construction Company and Absher Courthouse, LLC

John S. Wilkerson, III
Julie J. Moose
TURNER, PADGET, GRAHAM & LANEY, P.A.
Post Office Box 5478
Florence, SC 29502
Telephone: (843) 662-9008
Facsimile: (843) 577-1649

Attorneys for Absher Construction Company and Absher Courthouse, LLC

Deborah L. Fletcher
North Carolina State Bar No. 20254
KILPATRICK STOCKTON LLP
214 North Tryon Street, Suite 2500
Charlotte, NC 28202-2381
Telephone: (704) 338-5243
Facsimile: (704) 371-6408

Attorney for Carroll Services, LLC, as Liquidation Trustee, and Deutsche Bank AG, New York Branch, as Agent for the Bank Group

-and-

Gregg M. Galardi (Delaware Bar No. 2991)
Matthew P. Ward (Delaware Bar No. 4471)
SKADDEN, ARPS, SLATE, MEACHER & FLOM LLP
One Rodney Square
Wilmington, DE 19899
Telephone: (302) 651-3000
Facsimile: (302) 651-3001

Attorneys for Deutsche Bank AG, New York Branch, as Agent for the Bank Group